UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

UNITED STATES OF AMERICA,                )

Plaintiff,                )

v.                )    Cause No.

AUSTIN GROSS,                )    -01
a/k/a Mr. Shhhhh, a/k/a Walter White,    )
a/k/a Borrowedtime_EK,                )
a/k/a bigaudiracks, a/k/a Dutch,    )
a/k/a $johnnydang1212, a/k/a James Walker,    )
)
Defendant.                )

**AUG 20 2025**

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

**1:25-cr-170-TWP-MKK**

PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America.   The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) and 846 Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances | 15-Life | NMT $20 mil | NLT 10 years |
| 2 | 21 U.S.C. §§ 848(a), (b), (e) Continuing Criminal Enterprise | Life imprisonment or death | NMT $2 mil | NLT 5 years |
| 3 | 18 U.S.C. §§ 1512(a)(1)(C) and 2 Tampering with a Witness | Life imprisonment or death | NMT $250,000 | NMT 5 years |
| 4, 5, 6 | 18 U.S.C. §§ 924(c)(1)(A)(iii) and (j)(1) and 2 Causing Death by Using a Firearm During and in Relation to a Crime of Violence | Life imprisonment or death | NMT $250,000 | NMT 5 years |
| 7 | 18 U.S.C. § 1956(a)(1)(B)(i) and (h) Conspiracy to Launder Monetary Instruments | 0-20 | NMT $500,000 | NMT 5 years |
| 8, 9 | 21 U.S.C. § 843(b) Use of Communication Facility to Facilitate a Drug Trafficking Felony | 0-4 | NMT $250,000 | NMT 1 year |

Dated: _____

_____
AUSTIN GROSS
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that the defendant signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana