UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) Cause No.  1:25-cr-0170 TWP-MKK | |
| v. | ) | |
| | ) | |
| AUSTIN GROSS | ) | |
| a/k/a Mr. Shhhhh a/k/a Walter White | ) | |
| a/k/a Borrowedtime_EK | ) | |
| a/k/a bigaudiracks a/k/a Dutch a/k/a | ) | |
| $johnnydang1212 a/k/a James Walker, | ) | -01 |
| JASON LEWIS a/k/a Fatboy | ) | |
| a/k/a Don Pablo a/k/a $whiteboyyy10, | ) | -02 |
| ISAIAH WRIGHT a/k/a Zay | ) | |
| a/k/a Zroy Overpaid, | ) | -03 |
| MAKAYLA HOCHSTETLER, | ) | -04 |
| JOSE SANCHEZ, | ) | -05 |
| RONTE MAJORS a/k/a Té, | ) | -06 |
| JACOB BOBBITT a/k/a JakeGTE, | ) | -07 |
| PHYLYDIA JACKSON a/k/a Jadebaby, | ) | -08 |
| NATHAN DONLAN a/k/a fifty.50__, | ) | -09 |
| | ) | |
| Defendants. | ) | |

O R D E R

This matter comes before the Court on the motion of the United States to set aside the standard Discovery Order, enter the requested protective order, and to adopt the schedule as proposed.

The matter of the motion for continuance of the trial of the above cause of action having come before the Court and good cause having been shown, IT IS ORDERED

that the matter is scheduled for jury trial for _____, 2026 at _____ o'clock A.M.

The delay attributable to the changed trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §3161.  The interests of justice as stated in the motion for continuance are best served by the delay so that both the accused and the government can receive a fair trial, and those interests outweigh the interests of the public and the defendant in a speedy trial in this case.  Those reasons include but are not limited to:

(a)   the amount of discovery, the number of defendants, and complexity of the case make it unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(B)(ii);

(b)   failure to grant a continuance in this case would deny counsel for the defendants and counsel for the government the time necessary for effective preparation taking into account the exercise of due diligence;

(c)   if the Court grants the proposed discovery schedule, taking into account due diligence, counsel for the defendants and the defendants will need additional time to effectively review discovery materials and prepare for trial.

Additionally, the Court finds that due to the complexity of the case and the volume of the discovery the motion to set aside Court's discovery schedule should be granted.

It is therefore ORDERED that discovery in this case shall proceed as follows:

1.   The government shall have the below-listed items ready and available:

a.    Disclosure to the defendant's counsel of the defendant's criminal history, and statement, if any, will be provided on or before September 12, 2025;

b.    Disclosure of all search warrants, consent to search forms, inventory sheets, and reports of investigation pertaining to the searches, shall be accomplished on or before September 19, 2025;

c.    Disclosure of all GPS location data applications/warrants and all vehicle tracking application/warrants, shall be accomplished on or before September 19, 2025;

d.    Disclosure of video recordings (to exclude pole camera captures), and documentary evidence seized and/or otherwise obtained shall be made available to defense counsel on or before September 26, 2025;

e.    Disclosure of all existing laboratory reports from controlled substance seizures shall be accomplished on or before September 26, 2025;

f.    Disclosure of all other law enforcement reports (surveillance, arrest, etc...), shall be accomplished on or before September 26, 2025;

g.    Disclosure of all cell phone extractions shall be accomplished by October 3, 2025;

h.    The U.S. Attorney's Office shall make available, at a time convenient for counsel and the ATF, viewing of the pole camera footage that occurred as a result of this investigation, with this viewing to occur at the FBI Indianapolis offices no later than  October 24, 2025;

i.    All other discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, if any, and any Jencks material, as agreed by the Government, will be provided one week prior to the Court's finally determined trial date, unless specifically notifying the Court that certain that Jencks Act material is being withheld prior to direct examination of a witness.

2.    All other discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, if any, and any Jencks material, as agreed by the Government, will be provided one week prior to the Court's finally determined trial date, unless specifically notifying the Court that certain that Jencks Act material is being withheld prior to direct examination of a witness.

3.    Additionally, the defendants are ordered to provide reciprocal discovery pursuant to Federal Rules of Criminal Procedure 16(b)(1)(A) which includes permission to inspect and copy or photograph books, papers, documents, photographs, tangible objects, any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies or portions thereof, which are within the possession, custody or control of any defendant and which the defendant intends to introduce as evidence in chief at the trial, or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports related to that witnesses testimony.

4.    It is further ordered that counsel for the defendant is not to photocopy or duplicate, in whole or in part, attach, circulate, nor publish in any manner, other than to share same with his/her client or other members of his/her law firm while

maintaining the care, custody and control of same, the reports, DVDs/hard drives of photographs, surveillance videos, cell phone extracts, and *Jencks* material provided by the Government, for purposes of physically providing said materials to any other individual or entity, including the defendant.

It is so ORDERED this _____ day of _____, 2025.

Distribution to all registered counsel via electronic notification.