AO 442 (Rev. 11/11) Arrest Warrant

**FILED**

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

AUG 2 8 2025

**U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Austin Gross | ) | |
| a/k/a Mr. Shhhhh, a/k/a Walter White, | ) | **1:25-cr-170-TWP-MKK** |
| a/k/a Borrowedtime_EK, a/k/a bigaudiracks, | ) | -01 |
| a/k/a Dutch, a/k/a $johnnydang1212, a/k/a James Walker | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Austin Gross                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846
Count 2: Continuing Criminal Enterprise, in violation of 21 U.S.C. §§ 848(a), (b), (e)
Count 3: Tampering with a Witness, in violation of 18 U.S.C. §§ 1512(a)(1)(C) and 2
Counts 4, 5, 6: Causing Death by Using a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and (j)(1) and 2
Count 7: Conspiracy to Launder Monetary Instrument, in violation of 18 U.S.C. § 1956(a)(1)(B)(i) and (h)
Counts 8, 9: Use of Communication Facility to Facilitate a Drug Trafficking Felony, 21 U.S.C. § 843(b)

Date:    8/20/2025

CLERK OF COURT, Kristine L. Seufert

BY:

*Deputy Clerk*

City and state:    Indianapolis, Indiana

| Return |
|---|
| This warrant was received on *(date)* 8/28/25 , and the person was arrested on *(date)* 8/28/25 at *(city and state)* Indianapolis , IN . |
| Date: 8/28/25 |
| *Arresting officer's signature* |
| John Montgomery ATF TFO |
| *Printed name and title* |