UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:25-cr-170-TWP-MKK-1 |
| | ) | |
| AUSTIN GROSS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**
**BY COUNSEL FOR DEFENDANT**

TO:     The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for

Defendant AUSTIN GROSS, pursuant to CJA appointment.

Respectfully submitted,


 /s/  Eric K. Koselke
ERIC K. KOSELKE, #5593-54


CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to the counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By /s/  Eric K. Koselke
Eric K. Koselke
Attorney for Austin Gross

Eric K. Koselke
Attorney at Law
320 N. Meridian Street #802
Indianapolis, IN  46204
317-722-2591
Email:  ekoselke711@gmail.com