# BRENT WESTERFELD

*320 N. Meridian St. Ste. 802 • Indianapolis, Indiana 46204 • (317) 257-5200*

### EMPLOYMENT

Attorney                                                                                    1978 - Present
*Law Office of Brent Westerfeld*                                    *Indianapolis, Indiana*

Solo practitioner since 1983 specializing in criminal defense.  Representing clients at all stages of criminal proceedings in both state and federal courts. Primary focus since 1982 has been representation of clients charged, convicted, or sentenced  capital murder.  Appointed counsel in 26 capital cases.  Member of Criminal Justice Act Panel for the Southern District of Indiana.

Trial Level Capital Cases

*State of Indiana v. Marcia Heald*, 492 N.E.2d (Ind. 1986), Tippecanoe County, Indiana: Appointed Lead Counsel at trial.  Client capitally charged for intentional felony murder.  Capital allegation was dismissed before trial. Sentenced to term of 50 years following jury trial.

*State of Indiana v. Herbert Underwood*, Marion County, Indiana, Case No. 84004844:  Appointed Lead Counsel. Client capitally charged for intentional felony murder.  Represented client in two retrials after state post-conviction relief granted setting aside original conviction and sentence of death. In first jury client was acquitted of several counts which led to dismissal of capital allegation. Following second retrial client was sentenced to term of years.

*State of Indiana  v. Michael Shannon*, Marion County, Indiana, 49G02-0109-CF-185104: Appointed Lead Counsel. Client capitally charged for murder of law enforcement officer.  Capital allegation was dismissed and life sentence imposed pursuant to plea agreement reached following selection of jury.

*State of Indiana v. Jerry Jones*, Marion County, Indiana, 49G02-0109-CF-185104: Appointed Lead Counsel.  Client capitally charged for intentional felony murder. Capital allegation was dismissed before trial.  Term of year imposed following bench trial.

*State of Indiana  v. Tommy Holland*, Marion county, Indiana, 49G02-0311-MR-191548: Appointed Co-Counsel. Client capitally charged for committing two murders and intentional felony murder. Capital allegation was dismissed and life sentence imposed pursuant to plea agreement.

*State of Indiana  v. Desmond Turner*, Marion county, Indiana, 49G02-0606-MR-101336: Appointed Lead Counsel. Client capitally charged for committing seven murders.  Obtained dismissal of the capital allegations.  Life sentence imposed following bench trial.

*State of Indiana v. Barney Chamorro*, Boone County, Indiana,  06D02-1002-MR-140:  Appointed Lead Counsel. Client capitally charged for committing three murders.  Obtained dismissal of the capital allegations.  Life sentence imposed

Exhibit A

after judicial sentencing.

*State of Indiana v. Richard Hooten*, Clark County, 10C04-1303-MR-2: Appointed Lead Counsel. Client capitally charged for strangulation murder of 17 year old female while committing rape and criminal deviate conduct. Capital allegation was dismissed and life sentence imposed pursuant to plea agreement.

*State of Indiana v. Kevin Andrew Schuler,* Harrison County, 31D01-1308-MR-508: Appointed Lead Counsel. Client capitally charged in stabbing and beating of elderly couple in their rural home. Capital allegation was dismissed and life sentence imposed pursuant to plea agreement.

*State of Indiana v. Joseph Oberhansley*, Clark County, 10C04-1409-MR-1: Appointed Lead Counsel. Client capitally charged for stabbing and dismemberment of former girlfriend. Capital allegation was dismissed and life sentence imposed following jury trial.

*State of Indiana v. Anthony Baumgardt*, Boone County, 06D02-1803-MR-501: Appointed Lead Counsel. Client capitally charged for murder of law enforcement officer. Capital allegation was dismissed and life sentence imposed pursuant to plea agreement.

*United States v. Joshua Mebane*, U.S. District Court for the Souther District of Indiana, 2:24-cr-00018-JRS-CMM: Appointed co-counsel in pre-Indictment and pre-authorization. Client charged with murder of inmate at USP Terre Haute. Capital allegation never filed and like sentence imposed.


Direct Appeal Capital Cases:

*Larry Bellmore v. State of Indiana*, 602 N.E.2d 111 (Ind. 1992), Morgan County, Indiana: Appointed sole counsel. Death sentence reversed by Indiana Supreme Court. Term of years imposed on remand to trial court.

*Howard Allen v. State of Indiana*, 686 N.E.2d 760 (Ind. 1997), Marion County, Indiana: Appointed sole counsel after Client's former appellate counsel submitted inadequate brief. Conviction and death sentence affirmed.

*Christopher Stevens v. State of Indiana*, 691 N.E.2d 412 (Ind. 1997), Tippecanoe County, Indiana: Appointed lead counsel. Conviction and death sentence affirmed.

*John Stephenson v. State of Indiana*, 742 N.E.2d 463 (Ind. 2001), Warrick County, Indiana: Appointed lead counsel. Conviction and death sentence affirmed.

*Wayne Kubsch v. State of Indiana*, St. Joseph County, Indiana, Case No. 71S00-0507-DP-333: Appointed co-counsel. Appeal is pending.

*Phillip Stroud v. State of Indiana*, 809 N.E.2d 274 (Ind. 2004), St. Joseph County, Indiana: Appointed co-counsel.  Death sentence was reversed on appeal.  Life sentence imposed on remand to trial court.

*State of Indiana v. Charles Barker*, 809 N.E.2d 312 (Ind. 2004).  Marion County, Indiana.  Appointed counsel on interlocutory appeal.

State Post-Conviction Capital Cases

*Jim Lowery v. State of Indiana*, 640 N.E.2d 1031 (Ind. 1994), Hendricks County, Indiana: Appointed lead counsel at trial level and on appeal.  Death sentence and convictions affirmed

*Gregory Resnover v. State of Indiana*, 547 N.E.2d 814 (Ind. 1989), Marion County, Indiana: Appointed lead counsel in successive State post-conviction action at trial level and on appeal.  Relief was denied.

*DH Fleenor v. State of Indiana*, 622 N.E.2d 140 (Ind. 1993), Johnson County, Indiana: Appointed co-counsel in at trial level and on appeal.  Death sentence and convictions  affirmed.

*Johnny Townsend v. State of Indiana*, Case No. 45S00-9403-PD-227, Lake County, Indiana: Appointed co-counsel at trial level and on appeal.  Death sentence was vacated and client was sentenced to term of years under settlement agreement reached while post-conviction appeal was pending.

*Benjamin Ritchie v. State of Indiana*, Case No. 49G04-0010-CF-172900, Marion County, Indiana: Appointed co-counsel at trial level and on appeal.

Capital Federal Habeas Cases

*Akeem Aki-Khuam v. Davis*, 328 F.3d 366 (7th Cir. 2003): Appointed lead counsel in district court and on appeal. Writ was granted as to convictions and death sentence by district court.  Granting of Writ Affirmed by Seventh Circuit.  Retrial pending.

*Perry Steven Miller v. Anderson*, 255 F.3d 455 (7th Cir. 2001) Appointed lead counsel in district court and on appeal.  Writ was denied by district court.  Writ was granted by Seventh Circuit setting aside convictions and death sentence.  Counsel negotiated settlement in state court while rehearing in the Seventh Circuit was pending.  Client sentenced to term of years under settlement.

*Michael Daniels v. Davis*, Case No. 02-0036-C: Appointed lead counsel in district court.  Clemency was granted and life sentence imposed while habeas petition pending in the district court.

*Marvin Bieghler v. McBride*, 389 F.3d 701 (7th Cir. 2004): Appointed lead counsel in district court and on appeal.  Writ was denied by district court and by Seventh Circuit.

*Norman Timberlake v. Davis*, 418 F.3d 702 (7th cir. 2005):  Appointed lead counsel in district court and on appeal.  Writ was denied by district court and by Seventh Circuit.

*Benjamin Ritchie v. Levenhagen*, United State District Court Southern District of Indiana, Case No. 1:08-CV-503.   Writ was denied by district court and by Seventh Circuit.

*Jim Lowery v. Anderson*, 225 F.3d 833 (7th Cir. 2000):  Appointed lead counsel in district court and on appeal.  Writ was denied by district court and by Seventh Circuit.

*Gregory Resnover v. Pearson*, 965 F.2d 1453 (7th Cir. 1992):   Appointed lead counsel in district court and on appeal.  Writ was denied by district court and by Seventh Circuit.


PUBLIC DEFENDER                                          YEARS EMPLOYED 1981 - 1983
*Tippecanoe County Public Defender*                        *Lafayette, Indiana*

Chief public defender providing representation to indigent defendants charged in courts of Tippecanoe County.  Provided trial and appellate level representation. Administered office and supervised full-time and part-time staff.

STAFF ATTORNEY                                          YEARS EMPLOYED 1978 - 1981
*Indiana Public Defender Council*                         *Indianapolis, Indiana*

Staff attorney responsible for providing support services to counsel representing indigent criminal defendants throughout Indiana, including those representing capitally charged.  Provide research and technical support services.  Co-authored the Indiana Public Defender Council's "Evidence Manual" when it was first published in 1980 and when it was re-published in 1984.

## EDUCATION

DOCTOR OF JURISPRUDENCE, *Magna Cum Laude*        YEARS ATTENDED 1975-1978
*Indiana University School of Law*                        *Indianapolis, Indiana*

BACHELOR OF SCIENCE                                     YEARS ATTENDED 1971 - 1975
*Ball State University*                                     *Muncie, Indiana*


## BAR ADMISSIONS

· Indiana Supreme Court - admitted October 1978
· United States District Court, Southern District - admitted October 1978
· United States Court of Appeals, Seventh Circuit - admitted November 1988
· United States District Court, Northern District - admitted October 1989
· United States Supreme Court - admitted March 1990