**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　v.　　　　　　　　　　　)　　　1:25-cr-00170-TWP-MKK
　　　　　　　　　　　　　　　　　　)
AUSTIN GROSS,　　　　　　　　　　 )　　　-01
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　 )

**APPEARANCE OF COUNSEL**

To:　　The Clerk of Court and all parties of record:

　　　　I am authorized to practice in this court, and I appear in this case as counsel for

Defendant Austin Gross pursuant to CJA appointment.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Brent Westerfeld
　　　　　　　　　　　　　　　　　　Brent Westerfeld
　　　　　　　　　　　　　　　　　　Attorney for Defendant

**CERTIFICATE OF SERVICE**

　　　　I certify a copy of the foregoing was filed electronically.  Notice of this filing will be

sent to the following parties by operation of the Court's electronic filing system.  Parties

may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　　s/ Brent Westerfeld
　　　　　　　　　　　　　　　　　　Brent Westerfeld

BRENT WESTERFELD
ATTORNEY AT LAW
320 N. Meridian St. Ste. 802
Indianapolis, IN 46204
(317) 257-5200
Facsimile (317) 257-5200
blwesterfeld@gmail.com