**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:25-cr-00170-TWP-MKK-1 |
| vs. | ) |
| | ) |
| AUSTIN GROSS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT AUSTIN GROSS'S MOTION FOR EARLY TRIAL**

Defendant, Austin Gross, by counsel Terrance Kinnard, respectfully moves this Court pursuant to the Sixth Amendment to the United States Constitution, 18 U.S.C. § 3161(j), and the Speedy Trial Act, to set this matter for the earliest possible trial date consistent with counsel's schedule and the orderly administration of justice.

In support of this motion, Defendant states:

1. Mr. Gross invokes his right to a speedy trial. He does not consent to any continuances that would extend the trial date beyond what is necessary for the fair and efficient resolution of this case.

2. This matter has been pending and involves issues that Mr. Gross wishes to resolve promptly before a jury, rather than through continued pretrial delays.

3. The defense is prepared to proceed and believes that the discovery and factual issues can be handled within a reasonable and expedited schedule.

4. Under 18 U.S.C. § 3161, the Court must ensure that the trial is set without unnecessary delay, particularly where the defendant requests an early trial.

5.  An early trial setting will not prejudice the United States and will uphold Mr. Gross's constitutional and statutory right to a speedy and public trial.

WHEREFORE, Defendant Austin Gross respectfully requests that this Court set this matter for the earliest available trial date, schedule any necessary pretrial deadlines consistent with an expedited trial setting, and grant all other just and proper relief.

Respectfully submitted,

By **_/s/ Terrance Kinnard._**
Terrance Kinnard, #22224-49
Kinnard Rowley Powers Jimenez
320 N. Meridian St., Ste. 1006
Indianapolis, IN 46204
Telephone: 317-855-6282
Facsimile: 317-855-6284
Email: tkinnard@krpjlaw.com

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically on December 5, 2025. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Adam B. Brower     adam.brower@banksbrower.com, info@banksbrower.com

Belle T. Choate     choatebelle@gmail.com

Brendan Sullivan     brendan.sullivan@usdoj.gov, CaseView.ECF@usdoj.gov, kayla.whitaker@usdoj.gov, Shane.Penney@usdoj.gov, usains.ecf-af@usdoj.gov

Carolyn E Powers     powerslawindy@gmail.com

Gwendolyn M. Beitz     gwendolyn_beitz@fd.org, anica_barnes@fd.org, claudia_estrada@fd.org, ins_ecf@fd.org, marchelle.davis@fd.org, shirlena_lange@fd.org

Jeffrey A. Baldwin     jbaldwin@voyleslegal.com, ralltop@voyleslegal.com

Julie L. Treida     treidalaw@gmail.com, julie.smith4@gmail.com

Julie A. Chambers     julie@chamberslawllc.com

Michelle Patricia Brady    michelle.brady@usdoj.gov, CaseView.ECF@usdoj.gov, Kayla.Whitaker@usdoj.gov, shannon.stewart@usdoj.gov, USAINS.ECF-AF@usdoj.gov, usains.ecf-criminal@usdoj.gov

Patrick S Aguirre    attorney@paguirrelaw.com

Scott Aaron Milkey    SMilkey@McNeelyLaw.com, LThornburg@McNeelyLaw.com

Terrance Lamont Kinnard    tkinnard@krpjlaw.com, agilbert@krpjlaw.com, jcooper@krpjlaw.com

Terry Wayne Tolliver    terry@bmtindy.com, paralegal@bmgindy.com

Tyler E. Brant    tylerbrant@shelbylaw.com, tylerebrant12@gmail.com

By */s/ Terrance Kinnard,*
Terrance Kinnard, #22224-49