UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,      )

          Plaintiff,       )

           v.          )     Cause No. 1:25-cr-00170-TWP-MKK

AUSTIN GROSS,      )     -01
    a/k/a Big Johnny
    a/k/a audi
    a/k/a bigaudiracks a/k/a Mr. Shhhhh
    a/k/a BORROWEDTIME_EK
    a/k/a Dutch, a/k/a Little A
    a/k/a Mr_Tryem
    a/k/a Mr. Drug God a/k/a Dexter Moser
    a/k/a The Contractor a/k/a James Walker
    a/k/a Abraham Washington
    a/k/a John Washington a/k/a James Keith
    a/k/a G.i Joe a/k/a $bigmylar
    a/k/a $lilginny123 a/k/a $airlinesflyer
    a/k/a $frenchbulldogs123
    a/k/a $johnnydang1212
    a/k/a austingross2745@yahoo.com
    a/k/a harleydavis0301@gmail.com
    a/k/a Walter White,

          Defendant.      )

**FILED**

APR 2 1 2026

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

PENALTY SHEET

You have been charged in a Third Superseding Indictment with a violation of the Laws of the United States of America.   The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) and 846<br>Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances | 15-Life | NMT $20 mil | NLT 10 years |
| 2 | 21 U.S.C. §§ 848(a), (b), (e)<br>Continuing Criminal Enterprise | Life imprisonment or death | NMT $2 mil | NLT 5 years |
| 3 | 18 U.S.C. §§ 1956(a)(1)(B)(i) and (h)<br>Conspiracy to Launder Monetary Instruments | 0-20 | NMT $500,000 | NMT 5 years |
| 4 | 21 U.S.C. § 861(a)<br>Employment or Use of Minor in Drug Operations | Life imprisonment | NMT $20 mil | NLT 20 years |
| 5 | 21 U.S.C. § 843(b)<br>Use of Communication Facility to Facilitate a Drug Trafficking Felony | 0-4 | NMT $250,000 | NMT 1 year |
| 6 | 18 U.S.C. §§ 1512(a)(1)(C) and 2<br>Tampering with a Witness by Killing | Life imprisonment or death | NMT $250,000 | NMT 5 years |

| 7, 8, 9 | 18 U.S.C. §§ 924(c)(1)(A)(iii) and (j)(1) and 2 Causing Death by Using a Firearm During and in Relation to a Crime of Violence | Life imprisonment or death | NMT $250,000 | NMT 5 years |
|---|---|---|---|---|
| 10 | 21 U.S.C. § 843(b) Use of Communication Facility to Facilitate a Drug Trafficking Felony | 0-4 | NMT $250,000 | NMT 1 year |

Dated: _____

_____
AUSTIN GROSS
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth

above and that the defendant signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana