**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:25-cr-00170-TWP-MKK-1 |
| vs. | ) | |
| | ) | |
| AUSTIN GROSS, | ) | |
| | ) | |
| Defendant. | ) | |

**PARTIALLY OPPOSED MOTION TO CONTINUE JURY TRIAL**

Defendant, Austin Gross, by counsel Terrance Kinnard, pursuant to Local Criminal Rule 12-1, respectfully states the following:

1.  The Court scheduled this matter for a jury trial to be held October 19, 2026.

2.  Given the recently filed Notice of Intent to Seek Death Penalty, Mr. Gross seeks an initial 12-month continuance to October 2027. Mr. Gross believes three to four weeks will be required for the jury trial and a similar time for voir dire.

3.  The following co-defendants have entered petitions to plea guilty:

Gage Butler (11),
Makayla Hochstetler (4),
Phyldia Jackson (8),
Alisa Seacrest (12)
Ronte Majors (6).

4.  Counsel for the following co-defendants have authorized undersigned counsel to represent that their respective clients do _not_ object to this request:

Jacob Bobbit (7)
Nathan Donlan (9)
Jose Sanchez (5).

5. Undersigned counsel has reached out to counsel for the following co-defendants via email on May 4, 2026 and again on May 5, 2026, without response:

Isiah Wright (3)

6. Counsel for the following co-defendants _object_ to this request: Jason Lewis (2) and Juliette Zamora (10), due to the length of time requested.

7. Attorney Michelle Brady has authorized undersigned counsel to represent that the Government also <u>does _not_</u> object to this request.

8. This continuance would serve the ends of justice and would outweigh the best interests of the public and the Defendant to a speedy trial, as it is necessary to form the final death penalty defense team and to allow ample time to investigate and prepare the best defense possible for Mr. Gross. Any delay attributable to this request would be excluded under 18 U.S.C. § 3161, _et seq_.

WHEREFORE, Defendant Austin Gross respectfully requests the Court continue the jury trial to on or near October 2027.

Respectfully submitted,

By _/s/ Terrance Kinnard._
Terrance Kinnard, #22224-49
Carolyn Powers, #27590-49
Kinnard Rowley Powers Jimenez
320 N. Meridian St., Ste. 1006
Indianapolis, IN 46204
Telephone: 317-855-6282
Facsimile: 317-855-6284
Email: tkinnard@krpjlaw.com
Email: cpowers@krpjlaw.com

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically on May 5, 2026. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Adam B. Brower     adam.brower@banksbrower.com, info@banksbrower.com

Belle T. Choate     choatebelle@gmail.com

Brendan Sullivan     brendan.sullivan@usdoj.gov, CaseView.ECF@usdoj.gov, kayla.whitaker@usdoj.gov, Shane.Penney@usdoj.gov, usains.ecf-af@usdoj.gov

Carolyn E Powers     powerslawindy@gmail.com

Gwendolyn M. Beitz     gwendolyn_beitz@fd.org, anica_barnes@fd.org, claudia_estrada@fd.org, ins_ecf@fd.org, marchelle.davis@fd.org, shirlena_lange@fd.org

Jeffrey A. Baldwin     jbaldwin@voyleslegal.com, ralltop@voyleslegal.com

Julie L. Treida     treidalaw@gmail.com, julie.smith4@gmail.com

Julie A. Chambers     julie@chamberslawllc.com

Michelle Patricia Brady     michelle.brady@usdoj.gov, CaseView.ECF@usdoj.gov, Kayla.Whitaker@usdoj.gov, shannon.stewart@usdoj.gov, USAINS.ECF-AF@usdoj.gov, usains.ecf-criminal@usdoj.gov

Patrick S Aguirre     attorney@paguirrelaw.com

Scott Aaron Milkey     SMilkey@McNeelyLaw.com, LThornburg@McNeelyLaw.com

Terrance Lamont Kinnard     tkinnard@krpjlaw.com, agilbert@krpjlaw.com, jcooper@krpjlaw.com

Terry Wayne Tolliver     terry@bmtindy.com, paralegal@bmgindy.com

Tyler E. Brant     tylerbrant@shelbylaw.com, tylerebrant12@gmail.com

By */s/ Terrance Kinnard,*
Terrance Kinnard, #22224-49