**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:25-cr-00170-TWP-MKK-1 |
| vs. | ) | |
| | ) | |
| AUSTIN GROSS, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED PARTIALLY OPPOSED MOTION TO EXTEND**
**DEADLINE TO FILE SCHEDULING ORDER**

Defendant, Austin Gross, by counsel Terrance Kinnard, respectfully states the following:

*NOTE: Amendment is to correct the time the Government agreed with. The Government agreed to only a seven (7) day extension and not a 14-day extension as recited. Undersigned counsel misread the email and apologizes for the error.*

1.  This Court on May 5, 2026 directed the parties to meet and confer and submit not later than May 11, 2026 a joint proposed order addressing deadlines in this matter. Dkt. # 437.

2.  Undersigned counsel on May 6, 2026 met with the Federal Community Defenders' office.

3.  Mr. Gross respectfully suggests it would be prudent to confer with the final assembled defense team prior to agreeing on scheduling deadlines, and it is not possible to do so prior to May 11, 2026.

4.  Mr. Gross requests a twenty-one (21) day extension, to and including June 1, 2026 to tender the proposed order.

5.  The assigned Assistant United States Attorney, Ms. Brady, was contacted via email and would agree to a 7-day extension on behalf of the Government.

6.  Although counsel will work diligently to confer with the necessary team and tender the order prior, Mr. Gross believes June 1, 2026 is a reasonable timeframe to complete the meetings necessary for the defense and to then confer with the attorneys for the Government.

WHEREFORE, Defendant Austin Gross respectfully requests a twenty-one (21) day extension, to and including June 1, 2026, to tender the proposed order in this matter.

Respectfully submitted,

By */s/ Terrance Kinnard.*
Terrance Kinnard, #22224-49
Carolyn Powers, #27590-49
Kinnard Rowley Powers Jimenez
320 N. Meridian St., Ste. 1006
Indianapolis, IN 46204
Telephone: 317-855-6282
Facsimile: 317-855-6284
Email: tkinnard@krpjlaw.com
Email: cpowers@krpjlaw.com

**CERTIFICATE OF SERVICE**

I certify a copy of the foregoing was filed electronically on May 8, 2026. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Adam B. Brower    adam.brower@banksbrower.com, info@banksbrower.com

Belle T. Choate    choatebelle@gmail.com

Brendan Sullivan    brendan.sullivan@usdoj.gov, CaseView.ECF@usdoj.gov, kayla.whitaker@usdoj.gov, Shane.Penney@usdoj.gov, usains.ecf-af@usdoj.gov

Carolyn E Powers      powerslawindy@gmail.com

Gwendolyn M. Beitz      gwendolyn_beitz@fd.org, anica_barnes@fd.org, claudia_estrada@fd.org, ins_ecf@fd.org, marchelle.davis@fd.org, shirlena_lange@fd.org

Jeffrey A. Baldwin      jbaldwin@voyleslegal.com, ralltop@voyleslegal.com

Julie L. Treida      treidalaw@gmail.com, julie.smith4@gmail.com

Julie A. Chambers      julie@chamberslawllc.com

Michelle Patricia Brady      michelle.brady@usdoj.gov, CaseView.ECF@usdoj.gov, Kayla.Whitaker@usdoj.gov, shannon.stewart@usdoj.gov, USAINS.ECF-AF@usdoj.gov, usains.ecf-criminal@usdoj.gov

Patrick S Aguirre      attorney@paguirrelaw.com

Scott Aaron Milkey      SMilkey@McNeelyLaw.com, LThornburg@McNeelyLaw.com

Terrance Lamont Kinnard      tkinnard@krpjlaw.com, agilbert@krpjlaw.com, jcooper@krpjlaw.com

Terry Wayne Tolliver      terry@bmtindy.com, paralegal@bmgindy.com

Tyler E. Brant      tylerbrant@shelbylaw.com, tylerebrant12@gmail.com

Steven Ian Loew      steven.loew2@usdoj.gov


By */s/ Terrance Kinnard.*
Terrance Kinnard, #22224-49