UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:25-cr-170-TWP-MKK |
| v. | ) | |
| | ) | |
| AUSTIN GROSS | ) | -01 |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' OPPOSITION TO DEFENSE MOTION
FOR EXTENSION OF TIME TO JUNE 1, 2026**

The United States of America, through undersigned counsel, respectfully moves this Court to deny Defendant's motion for an extension of time to June 1, 2026 to meet and confer and file a proposed scheduling order to this Court.  In support of this opposition, the United States would set forth the following:

1.     On May 4, 2026, the parties appeared before the Court, and Defendant Gross, through counsel, asked for a full year's delay in the trial date. The government did not oppose this motion.

2.     At the hearing, government counsel asked that a scheduling order be set, in order to ensure that a further delay in this matter would not occur. A scheduling order and set trial date would honor the rights protected by not just the Sixth Amendment and Speedy Trial Act, but also the Crime Victims' Rights Act.

3.     The parties were ordered to meet and confer and file a proposed scheduling order by May 11, 2026.

4.     In order to facilitate the requirement to meet and confer, on May 5, 2026, undersigned counsel sent counsel for Defendant Gross the attached proposed scheduling order, as a starting point from which to meet and confer.

5.     While undersigned counsel understands that Defendant Gross would like to have additional attorneys appointed before completing the scheduling order, a delay until June 1, 2026 is excessive. The sooner that the parties are aware of the scheduling deadlines, the sooner the parties will be able to work to meet those deadlines.

6.     Accordingly, the United States would object to an extension beyond May 18, 2026 to meet, confer, and file a proposed scheduling deadline with the Court.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By:          /s/ *Michelle P. Brady*
             Michelle P. Brady
             Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Michelle P. Brady*
Michelle P. Brady
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333