# UNITED STATES DISTRICT COURT
## Southern District of Indiana

UNITED STATES OF AMERICA )
             Plaintiff, )
                    )
   vs. ) CASE NO. 1:25−cr−00170−TWP−MKK
                    )
AUSTIN GROSS )
           Defendant(s) )

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

       Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Redact this transcript, after which the parties have twenty−one (21) calendar days from the filing of the transcript to file the Redaction Statement. A Redaction Statement must include the page and line of the transcript where the redaction is being requested. If neither a Notice of Intent to Redact nor a Redaction Statement is filed, the unredacted transcript will be made electronically available to the public after ninety (90) calendar days.

       Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the Clerk's Office public terminal.

DATE: June 17, 2026                   s/ David Moxley
                                       Court Reporter

## Certificate of Service

       I hereby certify that on the date noted above a copy of the foregoing Notice of Filing Official Transcript was served on the parties in this matter by operation of the Court's CM/ECF electronic filing system as to all registered attorneys, and/or I mailed the document to non−registered participants by first−class U.S. Mail, postage prepaid.

                                   s/ David Moxley
                                   Court Reporter